

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

STEPHEN ANTHONY WALKER, § 
                                     No. 08-13-00239-CR

           Appellant, §

                                     Appeal from the

v. §

                                 213th Judicial District Court

THE STATE OF TEXAS, §

                                 of Tarrant County, Texas

           Appellee. §

                                      (TC# 1216371D)

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF MARCH, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.